for News America Marketing In–Store, LLC, et al.

David D. Bahler, Travis M. Wohlers and Sarah R. Holland of Fulbright & Jaworski, LLP, of Austin, TX, on the brief for 3M Company.

Eric J. Maurer, Boies, Schiller & Flexner, LLP, of Washington, DC, on the brief for Floorgraphics, Inc.

Before NEWMAN, LOURIE, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Todd M. Siegel, Klarquist Sparkman, LLP, of Portland, OR, argued for defendant-cross appellant. With him on the brief was John D. Vandenberg. Of counsel on the brief were Eric L. Wesenberg, Orrick, Herrington & Sutcliffe, LLP, of Menlo Park, CA and Stephen P. McGrath, Microsoft Corporation, of Redmond, WA.

Before NEWMAN, LOURIE, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Martin Gardner REIFFIN,**
**Plaintiff–Appellant,**

v.

**MICROSOFT CORPORATION,**
**Defendant–Cross**
**Appellant.**

Nos. 2010–1334, 2010–1391, 2010–1392.

United States Court of Appeals,
Federal Circuit.

Feb. 24, 2011.

Martin G. Reiffin, of Danville, CA, argued for plaintiff-appellant. On the brief was Joseph L. Spiegel, Spiegel Brown Fichera & Acard, of Poughkeepsie, NY.

**LINCOLN ELECTRIC COMPANY and**
**Lincoln Global, Inc., Appellants,**

v.

**INTERNATIONAL TRADE**
**COMMISSION,**
**Appellee,**

and

**The ESAB Group, Inc., Intervenor,**

and

**Sidergas SpA, Intervenor.**

No. 2011–1087.

United States Court of Appeals,
Federal Circuit.

Feb. 25, 2011.